# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEITH PATTENAUDE, SR., #373137

    Plaintiff,

CASE NO. 07-14385
HON. LAWRENCE P. ZATKOFF

v.

BLAINE LAFLER, et al.,

    Defendants.
_____/

## ORDER

Defendants filed a Motion for Summary [dkt. #14] Judgment on January 25, 2008. On March 6, 2008, the Court issued an Order to Show Cause to Plaintiff for failing to respond to Defendants' motion within 21 days, *see* E.D. Mich. LR 7.1(d)(1)(B), and ordered Plaintiff to show cause as to why Defendants' motion should not be granted. Plaintiff has not responded to the Court's order.

Additionally, the Court notes that Plaintiff, a prisoner in a state correctional facility, failed to properly exhaust all of the administrative remedies available to him. *See* 42 U.S.C. § 1997e(a); *Woodford v. Ngo*, 548 U.S. ___, 126 S. Ct. 2378 (2006). Plaintiff's grievance in this case failed to comply with the Michigan Department of Corrections' grievance policy because it did not include "the names of all those involved in the issue being grieved ...." As such, Plaintiff did not properly exhaust his administrative remedies and his claim must be dismissed. *See Woodford*, *supra*. Accordingly,

IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's cause of action is DISMISSED.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: March 21, 2008

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 21, 2008.

                                                s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290