# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEITH PATTENAUDE, SR.,

    Plaintiff,

                                        Case No. 07-14385

v.                                          Hon. Lawrence P. Zatkoff

BLAINE LAFLER et al.,

    Defendants.

                               /

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiff's motion for summary judgment [dkt 18]. Plaintiff filed his motion after the Court granted Defendants' motion for summary judgment and dismissed the case. Defendants' motion was granted in part due to Plaintiff's failure to file a response and his failure to obey the Court's order to show cause.

As this case was dismissed prior to the filing of Plaintiff's motion, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 18] is DENIED as MOOT.

IT IS SO ORDERED.

                                                   S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 U.S. District Judge in the absence of
                                                 LAWRENCE P. ZATKOFF
                                                 U.S. District Judge

Dated: January 26, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 26, 2009.

S/Marie E. Verlinde  
Case Manager  
(810) 984-3290
